# EXHIBIT B

# US7064874B2 - Claim 18 as applied to Brother

| Claim 18 | Brother MFC-L3770CDW |
|---|---|
| 18. **An image forming apparatus** comprising a both-side document reading apparatus, <br> **the both-side document reading apparatus comprising:** <br><br> a first reading portion, provided with a first light source, for reading one side surface of a document by emitting light toward the one side surface of the document by the first light source; and <br><br> a second reading portion, provided with a second light source, for reading another side surface of the document by emitting light toward the other side surface of the document by the second light source, <br><br> wherein the first and second reading portions are arranged so that a reading region of the one side surface by the first reading portion is arranged on an upstream side from a reading region of the other side surface by the second reading portion in a document transport direction, and <br><br> wherein the first light source is turned off after the document has passed through the reading region of the second reading portion. |  <br><br> **MFCL3770CDW** <br> Compact Digital Color All-in-One Printer with 3.7" Color Touchscreen, Wireless and Duplex Printing and Scanning <br> • Duplex (2-sided) copying & scanning <br> • NFC "touch to connect" print & scan‡ <br> • 30-sheet capacity multi-purpose tray <br><br> 4.3 (1369)  Write a review  Ask a question <br><br> Your Price $499.99 <br><br> WHERE TO BUY <br><br> The MFC-L3770CDW MFP is an image forming apparatus comprising a both-side document reading apparatus. <br><br> Source: https://www.brother-usa.com/products/mfcl3770cdw |

# US7064874B2 - Claim 18 as applied to Brother

| **Claim 18** | **Brother MFC-L3770CDW** |
|---|---|
| 18. An image forming apparatus comprising a both-side document reading apparatus, the both-side document reading apparatus comprising: **a first reading portion, provided with a first light source, for reading one side surface of a document by emitting light toward the one side surface of the document by the first light source; and** a second reading portion, provided with a second light source, for reading another side surface of the document by emitting light toward the other side surface of the document by the second light source, wherein the first and second reading portions are arranged so that a reading region of the one side surface by the first reading portion is arranged on an upstream side from a reading region of the other side surface by the second reading portion in a document transport direction, and wherein the first light source is turned off after the document has passed through the reading region of the second reading portion. |  Fig. 2-3 The both-side document reading apparatus of the MFC-L3770CDW MFP includes a first reading portion (the automatic document feeder or "ADF") that is provided with a first light source (the "[s]econd side CIS unit") that reads one side surface of a document by emitting light toward the one side surface of the document by the second side CIS unit. Source: Brother Laser MFC SERVICE MANUAL for Model No. MFC-L3770CDW et al. ("Service Manual") at 2-7. |

# US7064874B2 - Claim 18 as applied to Brother

| **Claim 18** | **Brother MFC-L3770CDW** |
|---|---|
| 18. An image forming apparatus comprising a both-side document reading apparatus, the both-side document reading apparatus comprising:<br><br>a first reading portion, provided with a first light source, for reading one side surface of a document by emitting light toward the one side surface of the document by the first light source; and<br><br>**a second reading portion, provided with a second light source, for reading another side surface of the document by emitting light toward the other side surface of the document by the second light source,**<br><br>wherein the first and second reading portions are arranged so that a reading region of the one side surface by the first reading portion is arranged on an upstream side from a reading region of the other side surface by the second reading portion in a document transport direction, and<br><br>wherein the first light source is turned off after the document has passed through the reading region of the second reading portion. | <br><br>The both-side document reading apparatus of the MFC-L3770CDW MFP includes a second reading portion (the document scanner) that is provided with a second light source (the "[f]irst side CIS unit") that reads another side surface of the document by emitting light toward the one side surface of the document by the first side CIS unit.<br><br>Source: Service Manual at 2-7. |

# US7064874B2 - Claim 18 as applied to Brother

| Claim 18 | Brother MFC-L3770CDW |
|---|---|
| 18. An image forming apparatus comprising a both-side document reading apparatus, the both-side document reading apparatus comprising: a first reading portion, provided with a first light source, for reading one side surface of a document by emitting light toward the one side surface of the document by the first light source; and a second reading portion, provided with a second light source, for reading another side surface of the document by emitting light toward the other side surface of the document by the second light source, **wherein the first and second reading portions are arranged so that a reading region of the one side surface by the first reading portion is arranged on an upstream side from a reading region of the other side surface by the second reading portion in a document transport direction, and** wherein the first light source is turned off after the document has passed through the reading region of the second reading portion. | A reading region of the ADF where the second side CIS unit reads the one side surface of a document is upstream of a reading region of the document scanner where the first side CIS unit reads the other side surface of a document in the transport direction. The "region" corresponding to each light source includes at least the location where the document is read by each light source. Source: Service Manual at 2-10. |

# US7064874B2 - Claim 18 as applied to Brother

| Claim 18 | Brother MFC-L3770CDW |
|---|---|
| 18. An image forming apparatus comprising a both-side document reading apparatus, the both-side document reading apparatus comprising:<br><br>a first reading portion, provided with a first light source, for reading one side surface of a document by emitting light toward the one side surface of the document by the first light source; and<br><br>a second reading portion, provided with a second light source, for reading another side surface of the document by emitting light toward the other side surface of the document by the second light source,<br><br>wherein the first and second reading portions are arranged so that a reading region of the one side surface by the first reading portion is arranged on an upstream side from a reading region of the other side surface by the second reading portion in a document transport direction, and<br><br>**wherein the first light source is turned off after the document has passed through the reading region of the second reading portion.** | <br><br>Both CIS units shut off simultaneously after the document has passed through the reading region of the first side CIS unit (the second reading portion). |