# EXHIBIT D

# US7449274B2 - Claim 1 as applied to Brother

| Claim 1 | Brother TN436 Toner Cartridge |
|---|---|
| 1. **A toner for electrostatic image development**, **comprising toner particles in which not more than 13 percent by number of the toner particles have a particle diameter of smaller than 4 µm**, <br><br>not less than 20 percent by number of the toner particles have a particle diameter of 4 µm to 6 µm, <br><br>not more than 2.0 percent by volume of the toner particles have a particle diameter of 16 µm or greater, <br><br>wherein the toner particles have a volume average diameter of 4 µm to 9 µm and <br><br>at least an external additive is added to the toner particles. | The TN436 toner cartridge contains toner for electrostatic image development. The TN436 toner cartridge comprises toner particles in which at most 100 − 93.5 = 6.5 percent by number of the toner particles have a particle diameter of smaller than 4 µm. At least 93.5 percent by number of the toner particles have a particle diameter of 4 µm or greater. <br><br><table><tr><th>Particle Diameter µm</th><th>Brother TN OEM Cartri _316.#m4 Number ></th><th>Number % ></th><th>Volume µm³ ></th><th>Volume % ></th></tr><tr><td>1</td><td>56236</td><td>100</td><td>5577142</td><td>100</td></tr><tr><td>2</td><td>56236</td><td>100</td><td>5577142</td><td>100</td></tr><tr><td>3</td><td>55021</td><td>97.8</td><td>5567017</td><td>99.8</td></tr><tr><td>4</td><td>52580</td><td>93.5</td><td>5505180</td><td>98.7</td></tr><tr><td>5</td><td>40735</td><td>72.4</td><td>4891531</td><td>87.7</td></tr><tr><td>6</td><td>17752</td><td>31.6</td><td>2864965</td><td>51.4</td></tr><tr><td>8</td><td>606.2</td><td>1.08</td><td>267593</td><td>4.80</td></tr><tr><td>10</td><td>83.17</td><td>0.15</td><td>97611</td><td>1.75</td></tr><tr><td>12</td><td>40</td><td>0.071</td><td>68766</td><td>1.23</td></tr><tr><td>15</td><td>12</td><td>0.021</td><td>35449</td><td>0.64</td></tr><tr><td>17</td><td>6</td><td>0.011</td><td>23545</td><td>0.42</td></tr><tr><td>20</td><td>2</td><td>0.0036</td><td>8964</td><td>0.16</td></tr><tr><td>25</td><td>0</td><td>0</td><td>0</td><td>0</td></tr></table> |

# US7449274B2 - Claim 1 as applied to Brother

| Claim 1 | Brother TN436 Toner Cartridge |
|---|---|
| 1. A toner for electrostatic image development, comprising toner particles in which not more than 13 percent by number of the toner particles have a particle diameter of smaller than 4 μm, **not less than 20 percent by number of the toner particles have a particle diameter of 4 μm to 6 μm**, not more than 2.0 percent by volume of the toner particles have a particle diameter of 16 μm or greater, wherein the toner particles have a volume average diameter of 4 μm to 9 μm and at least an external additive is added to the toner particles. | The TN436 toner cartridge comprises toner particles in which at least 93.5 – 31.6 = 61.9 percent by number of the toner particles have a particle diameter of 4 μm to 6 μm. <br><br> | Particle Diameter μm | Brother TN OEM Cartri 316.#m4 Number > | Number % > | Volume μm³ > | Volume % > | |---|---|---|---|---| | 1 | 56236 | 100 | 5577142 | 100 | | 2 | 56236 | 100 | 5577142 | 100 | | 3 | 55021 | 97.8 | 5567017 | 99.8 | | 4 | 52580 | 93.5 | 5505180 | 98.7 | | 5 | 40735 | 72.4 | 4891531 | 87.7 | | 6 | 17752 | 31.6 | 2864965 | 51.4 | | 8 | 606.2 | 1.08 | 267593 | 4.80 | | 10 | 83.17 | 0.15 | 97611 | 1.75 | | 12 | 40 | 0.071 | 68766 | 1.23 | | 15 | 12 | 0.021 | 35449 | 0.64 | | 17 | 6 | 0.011 | 23545 | 0.42 | | 20 | 2 | 0.0036 | 8964 | 0.16 | | 25 | 0 | 0 | 0 | 0 | |

# US7449274B2 - Claim 1 as applied to Brother

| Claim 1 | Brother TN436 Toner Cartridge |
|---|---|
| 1. A toner for electrostatic image development, comprising toner particles in which not more than 13 percent by number of the toner particles have a particle diameter of smaller than 4 μm, not less than 20 percent by number of the toner particles have a particle diameter of 4 μm to 6 μm, **not more than 2.0 percent by volume of the toner particles have a particle diameter of 16 μm or greater**, wherein the toner particles have a volume average diameter of 4 μm to 9 μm and at least an external additive is added to the toner particles. | The TN436 toner cartridge comprises toner particles in which at most 0.64 percent by volume of the toner particles have a particle diameter of 15 μm or greater. <br><br> | Particle Diameter μm | Brother TN OEM Cartri _316.#m4 Number > | Number % > | Volume μm³ > | Volume % > | |---|---|---|---|---| | 1 | 56236 | 100 | 5577142 | 100 | | 2 | 56236 | 100 | 5577142 | 100 | | 3 | 55021 | 97.8 | 5567017 | 99.8 | | 4 | 52580 | 93.5 | 5505180 | 98.7 | | 5 | 40735 | 72.4 | 4891531 | 87.7 | | 6 | 17752 | 31.6 | 2864965 | 51.4 | | 8 | 606.2 | 1.08 | 267593 | 4.80 | | 10 | 83.17 | 0.15 | 97611 | 1.75 | | 12 | 40 | 0.071 | 68766 | 1.23 | | 15 | 12 | 0.021 | 35449 | 0.64 | | 17 | 6 | 0.011 | 23545 | 0.42 | | 20 | 2 | 0.0036 | 8964 | 0.16 | | 25 | 0 | 0 | 0 | 0 | |

3

# US7449274B2 - Claim 1 as applied to Brother

| Claim 1 | Brother TN436 Toner Cartridge |
|---|---|
| 1. A toner for electrostatic image development, comprising toner particles in which not more than 13 percent by number of the toner particles have a particle diameter of smaller than 4 μm, not less than 20 percent by number of the toner particles have a particle diameter of 4 μm to 6 μm, not more than 2.0 percent by volume of the toner particles have a particle diameter of 16 μm or greater, **wherein the toner particles have a volume average diameter of 4 μm to 9 μm** and at least an external additive is added to the toner particles. | The TN436 toner cartridge comprises toner particles having a volume mean (average) diameter of 6.200 μm.  |

# US7449274B2 - Claim 1 as applied to Brother

| Claim 1 | Brother TN436 Toner Cartridge |
|---|---|
| 1. A toner for electrostatic image development, comprising toner particles in which not more than 13 percent by number of the toner particles have a particle diameter of smaller than 4 µm, not less than 20 percent by number of the toner particles have a particle diameter of 4 µm to 6 µm, not more than 2.0 percent by volume of the toner particles have a particle diameter of 16 µm or greater, wherein the toner particles have a volume average diameter of 4 µm to 9 µm and **at least an external additive is added to the toner particles**. | The TN436 toner cartridge comprises toner in which an external additive comprising amorphous silica is added to the toner particles. Silica is identified as an additive in the patent specification at col. 8, lines 18-24.

### 3. COMPOSITION / INFORMATION ON INGREDIENTS

| Ingredients | CAS number | Weight % | OSHA PEL | ACGIH TLV | Other |
|---|---|---|---|---|---|
| Carbon black (bound) | 1333-86-4 | 2.5-10 | | | |
| Styrene-Acrylate Copolymer | 26655-10-7 | 50-100 | | | |
| Styrene Acrylic Resin | | 2.5-10 | | | |
| Polypropylene | 9003-07-0 | 2.5-10 | | | |
| Fumed Silica | 844491-94-7 | 2.5-10 | | | Amorphous Silica: USA OSHA (TWA/PEL): 20 mppcf 80 mg/m3, ACGIH (TWA/TLV): 10 mg/m3. |
| | | | TWA: 15 mg/m3 (Total Dust), 5 mg/m3 (Respirable Fraction) | TWA: 10 mg/m3 (Inhalable Particulate), 3 mg/m3 (Respirable Particulate) | TRGS 900 (Luftgrenzwert): 10 mg/m3 (Einatembare partikel), 3 mg/m3 (Alveolengängige fraktion). UK WEL: 10 mg/m3 (Respirable Dust), 5 mg/m3 (Inhalable Dust). |

Source: http://sds.staples.com/msds/24479070.pdf |