# EXHIBIT F

# US7840165B2 - Claim 1 as applied to Brother

| Claim 1 | Brother DR-730 Drum Unit & TN-760 Toner Cartridge for Laser Printers |
|---|---|
| **A toner replenishing apparatus comprising:**<br><br>**a toner replenishing container for accommodating toner to be replenished to a developing device;**<br><br>a container holding member for holding the toner replenishing container in a detachable manner;<br><br>a displacement mechanism for displacing the toner replenishing container from a position where the toner replenishing container is held by the container holding member; and<br><br>a retaining member for retaining the toner replenishing container securely in the container holding member,<br><br>wherein the displacement mechanism effects displacement of the toner replenishing container in conjunction with a release of the toner replenishing container from a retaining action of the retaining member, and<br><br>the displacement mechanism includes a hook portion formed in the retaining member and an engagement portion formed in the toner replenishing container, the engagement portion being engaged with the hook portion under a condition that the toner replenishing container is released from the retaining action of the retaining member. | <br><br>The Brother DR-730 drum unit is a toner replenishing apparatus that holds a TN-760 toner cartridge (a toner replenishing container). The TN-760 accommodates toner to be replenished to a developing device (i.e., a Brother MFP).<br><br>Source:<br>https://support.brother.com/g/b/faqend.aspx?c=us&lang=en&prod=hll2370dw_us&ftype3=2043&faqid=faq00000154_078 |

# US7840165B2 - Claim 1 as applied to Brother

| **Claim 1** | **Brother DR-730 Drum Unit & TN-760 Toner Cartridge for Laser Printers** |
|---|---|
| A toner replenishing apparatus comprising:<br><br>a toner replenishing container for accommodating toner to be replenished to a developing device;<br><br>**a container holding member for holding the toner replenishing container in a detachable manner;**<br><br>a displacement mechanism for displacing the toner replenishing container from a position where the toner replenishing container is held by the container holding member; and<br><br>a retaining member for retaining the toner replenishing container securely in the container holding member,<br><br>wherein the displacement mechanism effects displacement of the toner replenishing container in conjunction with a release of the toner replenishing container from a retaining action of the retaining member, and<br><br>the displacement mechanism includes a hook portion formed in the retaining member and an engagement portion formed in the toner replenishing container, the engagement portion being engaged with the hook portion under a condition that the toner replenishing container is released from the retaining action of the retaining member. | <br><br>The drum unit (toner replenishment apparatus) has grooves forming a container holding member built into it to hold the toner cartridge in place.<br><br>Source: https://support.brother.com/g/b/faqend.aspx?c=us&lang=en&prod=hll2370dw_us&ftype3=2043&faqid=faq00000154_078 |

# US7840165B2 - Claim 1 as applied to Brother

| Claim 1 | Brother DR-730 Drum Unit & TN-760 Toner Cartridge for Laser Printers |
|---|---|
| A toner replenishing apparatus comprising:<br><br>a toner replenishing container for accommodating toner to be replenished to a developing device;<br><br>a container holding member for holding the toner replenishing container in a detachable manner;<br><br>**a displacement mechanism for displacing the toner replenishing container from a position where the toner replenishing container is held by the container holding member; and**<br><br>a retaining member for retaining the toner replenishing container securely in the container holding member,<br><br>wherein the displacement mechanism effects displacement of the toner replenishing container in conjunction with a release of the toner replenishing container from a retaining action of the retaining member, and<br><br>the displacement mechanism includes a hook portion formed in the retaining member and an engagement portion formed in the toner replenishing container, the engagement portion being engaged with the hook portion under a condition that the toner replenishing container is released from the retaining action of the retaining member. | <br><br>The drum unit includes a lock lever that, when pressed, displaces the toner cartridge from the container holding member. The drum unit thus includes a displacement mechanism activated by the lock lever.<br><br>Source: https://support.brother.com/g/b/faqend.aspx?c=us&lang=en&prod=hll2370dw_us&ftype3=2043&faqid=faq00000154_078 |

# US7840165B2 - Claim 1 as applied to Brother

| Claim 1 | Brother DR-730 Drum Unit & TN-760 Toner Cartridge for Laser Printers |
|---|---|
| A toner replenishing apparatus comprising:<br><br>a toner replenishing container for accommodating toner to be replenished to a developing device;<br><br>a container holding member for holding the toner replenishing container in a detachable manner;<br><br>**a displacement mechanism for displacing the toner replenishing container from a position where the toner replenishing container is held by the container holding member; and**<br><br>a retaining member for retaining the toner replenishing container securely in the container holding member,<br><br>wherein the displacement mechanism effects displacement of the toner replenishing container in conjunction with a release of the toner replenishing container from a retaining action of the retaining member, and<br><br>the displacement mechanism includes a hook portion formed in the retaining member and an engagement portion formed in the toner replenishing container, the engagement portion being engaged with the hook portion under a condition that the toner replenishing container is released from the retaining action of the retaining member. | <br><br>As shown, pushing the lever causes an upward displacement of the toner cartridge from the drum unit by a displacement mechanism.<br><br>Source: https://youtu.be/6qslOuUZLSE?t=14 |

# US7840165B2 - Claim 1 as applied to Brother

| Claim 1 | Brother DR-730 Drum Unit & TN-760 Toner Cartridge for Laser Printers |
|---|---|
| A toner replenishing apparatus comprising:<br><br>a toner replenishing container for accommodating toner to be replenished to a developing device;<br><br>a container holding member for holding the toner replenishing container in a detachable manner;<br><br>a displacement mechanism for displacing the toner replenishing container from a position where the toner replenishing container is held by the container holding member; and<br><br>**a retaining member for retaining the toner replenishing container securely in the container holding member,**<br><br>wherein the displacement mechanism effects displacement of the toner replenishing container in conjunction with a release of the toner replenishing container from a retaining action of the retaining member, and<br><br>the displacement mechanism includes a hook portion formed in the retaining member and an engagement portion formed in the toner replenishing container, the engagement portion being engaged with the hook portion under a condition that the toner replenishing container is released from the retaining action of the retaining member. | <br>4. Push down the green lock lever and take the toner cartridge out of the drum unit.<br><br>The drum unit contains a retaining member for retaining the toner replenishing container securely in the container holding member. When the lock lever is in a locked position, the toner cartridge is securely retained within the drum unit.<br><br>Source: https://support.brother.com/g/b/faqend.aspx?c=us&lang=en&prod=hll2370dw_us&ftype3=2043&faqid=faq00000154_078 |

# US7840165B2 - Claim 1 as applied to Brother

| Claim 1 | Brother DR-730 Drum Unit & TN-760 Toner Cartridge for Laser Printers |
|---|---|
| A toner replenishing apparatus comprising:<br><br>a toner replenishing container for accommodating toner to be replenished to a developing device;<br><br>a container holding member for holding the toner replenishing container in a detachable manner;<br><br>a displacement mechanism for displacing the toner replenishing container from a position where the toner replenishing container is held by the container holding member; and<br><br>a retaining member for retaining the toner replenishing container securely in the container holding member,<br><br>**wherein the displacement mechanism effects displacement of the toner replenishing container in conjunction with a release of the toner replenishing container from a retaining action of the retaining member, and**<br><br>the displacement mechanism includes a hook portion formed in the retaining member and an engagement portion formed in the toner replenishing container, the engagement portion being engaged with the hook portion under a condition that the toner replenishing container is released from the retaining action of the retaining member. | <br><br>The displacement mechanism associated with the lock lever effects displacement of the toner cartridge in conjunction with a release of the toner cartridge from a retaining action of the retaining member. When the lock lever is pressed, the toner cartridge is displaced upward.<br><br>Source: https://support.brother.com/g/b/faqend.aspx?c=us&lang=en&prod=hll2370dw_us&ftype3=2043&faqid=faq00000154_078 |

# US7840165B2 - Claim 1 as applied to Brother

| Claim 1 | Brother DR-730 Drum Unit & TN-760 Toner Cartridge for Laser Printers |
|---|---|
| A toner replenishing apparatus comprising:<br><br>a toner replenishing container for accommodating toner to be replenished to a developing device;<br><br>a container holding member for holding the toner replenishing container in a detachable manner;<br><br>a displacement mechanism for displacing the toner replenishing container from a position where the toner replenishing container is held by the container holding member; and<br><br>a retaining member for retaining the toner replenishing container securely in the container holding member,<br><br>wherein the displacement mechanism effects displacement of the toner replenishing container in conjunction with a release of the toner replenishing container from a retaining action of the retaining member, and<br><br>**the displacement mechanism includes a hook portion formed in the retaining member and an engagement portion formed in the toner replenishing container**, **the engagement portion being engaged with the hook portion** under a condition that **the toner replenishing container is released from the retaining action of the retaining member.** | <br><br>The displacement mechanism includes a hook portion formed in the retaining member. This is evident at least from the protruding engagement portion on the toner cartridge, which engages with the displacement mechanism under a condition that the toner cartridge is released from the retaining action of the retaining member.<br><br>Source:<br>https://support.brother.com/g/b/faqend.aspx?c=us&lang=en&prod=hll2370dw_us&ftype3=2043&faqid=faq00000154_078 |