# EXHIBIT H

# US9769342B2 - Claim 1 as applied to Brother

| Claim 1 | Brother MFC-L8900CDW |
|---|---|
| 1. **An electric equipment** including a reception unit configured to receive an instruction relating to functions of the electric equipment by an operation of a user and having operation states of a power conserving state in which power required for performing the functions thereof is limited and a normal state in which the power is not limited, the electric equipment comprising:<br><br>a signal output unit configured to output signals of different levels depending on the operation state when the reception unit receives the instruction from the user; and<br><br>a control signal unit configured to selectively output a return signal relating to a return to the normal state <u>or</u> an execution signal relating to an execution of a function corresponding to the instruction received by the reception unit, based on the signal output from the signal output unit. | <br><br>The MFC-L8900CDW is an electric equipment.<br><br>Source: https://www.brother-usa.com/products/mfcl8900cdw |

# US9769342B2 - Claim 1 as applied to Brother

| Claim 1 | Brother MFC-L8900CDW |
|---|---|
| 1. An electric equipment including **a reception unit configured to receive an instruction relating to functions of the electric equipment by an operation of a user** and having operation states of a power conserving state in which power required for performing the functions thereof is limited and a normal state in which the power is not limited, the electric equipment comprising:<br><br>a signal output unit configured to output signals of different levels depending on the operation state when the reception unit receives the instruction from the user; and<br><br>a control signal unit configured to selectively output a return signal relating to a return to the normal state <u>or</u> an execution signal relating to an execution of a function corresponding to the instruction received by the reception unit, based on the signal output from the signal output unit. |  <br><br>The MFC-L8900CDW includes a reception unit (touch panel in the control panel) configured to receive instructions related to the functions of the MFP. A user can use the touch panel to carry out different MFP operations (printing, scanning, etc.).<br><br>Source: Page 8, https://download.brother.com/welcome/doc100693/cv_mfcl8900cdw_use_oug_a.pdf; https://www.brother-usa.com/products/mfcl8900cdw |

# US9769342B2 - Claim 1 as applied to Brother

| Claim 1 | Brother MFC-L8900CDW |
|---|---|
| 1. An electric equipment including a reception unit configured to receive an instruction relating to functions of the electric equipment by an operation of a user and **having operation states of a power conserving state in which power required for performing the functions thereof is limited** and a normal state in which the power is not limited, the electric equipment comprising:<br><br>a signal output unit configured to output signals of different levels depending on the operation state when the reception unit receives the instruction from the user; and<br><br>a control signal unit configured to selectively output a return signal relating to a return to the normal state or an execution signal relating to an execution of a function corresponding to the instruction received by the reception unit, based on the signal output from the signal output unit. | **Set Sleep Mode Countdown**<br><br>The Sleep Mode (or Power Save Mode) setting can reduce power consumption. When the machine is in Sleep Mode, it acts as though it is turned off. The machine will wake up and start printing when it receives a print job or a fax. Use these instructions to set a time delay (countdown) before the machine enters Sleep Mode.<br><br>• You can choose how long the machine must be idle before it goes into Sleep Mode.<br>• The timer will restart if any operation is carried out on the machine, such as receiving a print job.<br><br>1. Press [Settings] > [All Settings] > [General Setup] > [Ecology] > [Sleep Time].<br><br>If your machine displays the [All Settings] menu on the Home screen, skip the [Settings] menu.<br><br>2. Enter the length of time (maximum 50 minutes) the machine will remain idle before entering Sleep Mode, and then press [OK].<br><br>3. Press.<br><br>**About Deep Sleep Mode**<br><br>If the machine is in Sleep Mode and does not receive any jobs for certain length of time, the machine will automatically enter Deep Sleep Mode. The length of time is based on your specific model and settings.<br>Deep Sleep Mode uses less power than Sleep Mode.<br><br>| Applicable Models | Machine's LCD in Deep Sleep Mode | Conditions That Will Wake the Machine |<br>|---|---|---|<br>| MFC-L8610CDW/<br>MFC-L8900CDW/<br>MFC-L8895CDW/<br>MFC-L8905CDW | The LCD backlight turns off and the Power LED brightens and dims. | • The machine receives a job.<br>• Someone presses  or the touchscreen LCD. |<br><br>The MFC-L8900CDW has at least two power conserving states where power requiring performance is limited – "sleep mode" and "deep sleep mode."<br><br>Source: Pages 648 and 649, https://download.brother.com/welcome/doc100693/cv_mfcl8900cdw_use_oug_a.pdf |

# US9769342B2 - Claim 1 as applied to Brother

| Claim 1 | Brother MFC-L8900CDW |
|---|---|
| 1. An electric equipment including a reception unit configured to receive an instruction relating to functions of the electric equipment by an operation of a user and having operation states of a power conserving state in which power required for performing the functions thereof is limited and **a normal state in which the power is not limited**, the electric equipment comprising:<br><br>a signal output unit configured to output signals of different levels depending on the operation state when the reception unit receives the instruction from the user; and<br><br>a control signal unit configured to selectively output a return signal relating to a return to the normal state or an execution signal relating to an execution of a function corresponding to the instruction received by the reception unit, based on the signal output from the signal output unit. | <br><br>The MFC-L8900CDW also has "ready" mode (normal state in which the power is not limited).<br><br>Source: Page 9, https://download.brother.com/welcome/doc100693/cv_mfcl8900cdw_use_oug_a.pdf |

# US9769342B2 - Claim 1 as applied to Brother

| Claim 1 | Brother MFC-L8900CDW |
|---|---|
| 1. An electric equipment including a reception unit configured to receive an instruction relating to functions of the electric equipment by an operation of a user and **having operation states of a power conserving state in which power required for performing the functions thereof is limited and a normal state in which the power is not limited**, the electric equipment comprising:<br><br>a signal output unit configured to output signals of different levels depending on the operation state when the reception unit receives the instruction from the user; and<br><br>a control signal unit configured to selectively output a return signal relating to a return to the normal state or an execution signal relating to an execution of a function corresponding to the instruction received by the reception unit, based on the signal output from the signal output unit. | Power Consumption (Average):<br>- Peak: Approximately 1230 W<br>- Printing [2]: Approximately 600 W at 77°F (25°C)<br>- Printing (Quiet Mode) [2]: Approximately 360 W at 77°F (25°C)<br>- Copying [2]: Approximately 600 W at 77°F (25°C)<br>- Copying (Quiet Mode) [2]: Approximately 370 W at 77°F (25°C)<br>- Ready [2]: Approximately 75 W at 77°F (25°C)<br>- Sleep [2]: Approximately 9.5 W<br>- Deep Sleep [2]: (MFC-L8610CDW) Approximately 1.5 W; (MFC-L8900CDW/MFC-L8895CDW/MFC-L8905CDW) Approximately 1.7 W<br>- Power Off [2][3][4]: Approximately 0.02 W<br><br>The "Ready" mode operates at a higher power than the "Sleep" and "Deep Sleep" modes.<br><br>Source: Page 723, https://download.brother.com/welcome/doc100693/cv_mfcl8900cdw_use_oug_a.pdf |

# US9769342B2 - Claim 1 as applied to Brother

| Claim 1 | Brother MFC-L8900CDW |
|---|---|
| 1. An electric equipment including a reception unit configured to receive an instruction relating to functions of the electric equipment by an operation of a user and having operation states of a power conserving state in which power required for performing the functions thereof is limited and **a normal state in which the power is not limited**, the electric equipment comprising:<br><br>a signal output unit configured to output signals of different levels depending on the operation state when the reception unit receives the instruction from the user; and<br><br>a control signal unit configured to selectively output a return signal relating to a return to the normal state or an execution signal relating to an execution of a function corresponding to the instruction received by the reception unit, based on the signal output from the signal output unit. | <br>The LED power indicator button illuminate differently based on whether the equipment's power status.<br><br>Source: Page 8, https://download.brother.com/welcome/doc100693/cv_mfcl8900cdw_use_oug_a.pdf |

# US9769342B2 - Claim 1 as applied to Brother

| Claim 1 | Brother MFC-L8900CDW |
|---|---|
| 1. An electric equipment including a reception unit configured to receive an instruction relating to functions of the electric equipment by an operation of a user and having operation states of a power conserving state in which power required for performing the functions thereof is limited and a normal state in which the power is not limited, the electric equipment comprising:<br><br>**a signal output unit configured to output signals of different levels depending on the operation state when the reception unit receives the instruction from the user**; and<br><br>a control signal unit configured to selectively output a return signal relating to a return to the normal state or an execution signal relating to an execution of a function corresponding to the instruction received by the reception unit, based on the signal output from the signal output unit. | <br><br>Source: Pages 12 and 649, https://download.brother.com/welcome/doc100693/cv_mfcl8900cdw_use_oug_a.pdf | The MFC-L8900CDW touchscreen is connected to a signal output unit that outputs different levels of signals depending on the power state the unit is in. If the unit is not in sleep mode, the touch screen will output signals that select menu options. If the unit is in sleep mode, the touch screen will output a signal that wakes the unit up from sleep mode. |

# US9769342B2 - Claim 1 as applied to Brother

| Claim 1 | Brother MFC-L8900CDW |
|---|---|
| 1. An electric equipment including a reception unit configured to receive an instruction relating to functions of the electric equipment by an operation of a user and having operation states of a power conserving state in which power required for performing the functions thereof is limited and a normal state in which the power is not limited, the electric equipment comprising:<br><br>a signal output unit configured to output signals of different levels depending on the operation state when the reception unit receives the instruction from the user; and<br><br>**a control signal unit configured to selectively output a return signal relating to a return to the normal state** or **an execution signal relating to an execution of a function corresponding to the instruction received by the reception unit, based on the signal output from the signal output unit**. | {br}If the equipment is in an energy saving mode (sleep), the signal output unit will send a certain signal, and if the equipment is in ready mode, it will send a different signal. If the signal output unit sends a signal while in an energy saving mode, the control signal unit will cause the equipment to power up, or "wake up." If the signal output unit sends a signal while powered up, the control unit will cause the unit to execute a function corresponding to the instruction received by the reception unit, such as selecting menu options. |

Source: Pages 12 and 649, https://download.brother.com/welcome/doc100693/cv_mfcl8900cdw_use_oug_a.pdf