IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| K. MIZRA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:23-cv-02430-JPM-tmp |
| v. ) | |
| ) | |
| BROTHER INDUSTRIES, LTD. and ) | |
| BROTHER INDUSTRIES (U.S.A.), INC., ) | |
| ) | |
| Defendants. | |

**ORDER GRANTING MOTION TO AMEND COMPLAINT**

Before the Court is K. Mizra LLC's Unopposed Motion to Amend Complaint to Add and Remove Parties, Memorandum and Certificate of Consultation filed on September 25, 2023. (ECF No. 11.) The Motion is **GRANTED**. Plaintiff may amend the Complaint (ECF No. 1) to remove Brother Industries, Ltd. And Brother Industries (U.S.A.), Inc. as Defendants and replace them with Brother International Corporation as Defendant by October 16, 2023.

**SO ORDERED**, this 29th day of September, 2023.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE