*Revised July 2012*

# United States District Court for Western District of Tennessee
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title

| Plaintiff |
| --- |
| K.Mizra LLC |

| Defendant |
| --- |
| Brother International Corporation |

| Case Number | Judge |
| --- | --- |
| 2:23-cv-02430-JPM-tmp | Hon. Jon P. McCalla |

I, _____Scott R. Bialecki_____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of _____Plaintiff  K.Mizra LLC_____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| Please see attached list. | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Bialecki | Scott | R. |

| Applicant's Firm Name |
|---|
| Sheridan Ross P.C. |

| Applicant's Address | Room/Suite Number |
|---|---|
| 1560 Broadway | Suite 1200 |

| City | State | Zip Code |
|---|---|---|
| Denver | CO | 80202 |

| Applicant's Email Address |
|---|
| sbialecki@sheridanross.com |

| Applicant's Phone Number(s) |
|---|
| 303-863-9700 |

Certificate of Consultation

Counsel for defendants have not made appearances in this action, but, to the extent they have identified themselves, counsel for Defendants have indicated they do not oppose this motion.

| Date | Electronic Signature of Applicant |
|---|---|
| October 3, 2023 | S/ Scott R. Bialecki / |

## Court Admissions for Scott R. Bialecki

Applicant has been admitted to practice before the following courts:

| Title of Court | Admission Date |
| --- | --- |
| Supreme Court of Pennsylvania (inactive) | 01/22/1993 |
| Colorado Supreme Court | 10/21/1993 |
| US Court of Appeals for the District of Columbia Circuit (inactive) | 04/01/1994 |
| USDC Colorado | 06/07/1995 |
| Tenth Circuit Court of Appeals | 10/01/2002 |
| US Court of Appeals for the Federal Circuit | 10/09/2002 |
| USDC Western District of Wisconsin | 08/05/2003 |
| New York Supreme Court, Appellate Division, 3rd Judicial Dept. | 06/27/2006 |



**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

_____**SCOTT ROBERT BIALECKI**_____

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the __21st__

day of __**October**__ A.D. __**1993**__ and that at the date hereof the said __**SCOTT ROBERT BIALECKI**__ is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __28th__ day of __**September**__ A.D. __**2023**__



*Cheryl Stevens*
_____ Clerk

By _____
                                    Deputy Clerk



# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Scott Robert Bialecki

Admission date: 06/07/1995

was admitted to practice in this court
and is in good standing.

Dated: September 28, 2023    *Jeffrey P. Colwell*